UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL ACTION NO. |
| JERROLD MASON KILGORE, | 1:11-CR-518-CAP |
| Defendant. | |

**O R D E R**

This matter is before the court on the report and recommendation (R&R) of the magistrate judge [Doc. No. 57], recommending the defendant's two motions to suppress evidence be denied [Doc. Nos. 15, 36]. The R&R was received without objection. After a review of the magistrate judge's R&R, the court receives the R&R with approval and adopts it as the opinion and order of this court.

**SO ORDERED** this 26th day of October, 2012.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge